UNITED STATES DISTRIC COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE MC-1,

    Plaintiff,                      FILED ON MASTER CASE

v.                                      Case No.  20-10568
                                        Honorable Victoria A. Roberts

UNIVERSITY OF MICHIGAN,
THE REGENTS OF THE UNIVERSITY
OF MICHIGAN,

    Defendants.
_____

**ORDER CONCERNING PENDING
MOTIONS AND MOTION PRACTICE**

On May 21, 2020, the parties filed a Stipulation Extending Deadlines for Defendants' Responsive Pleadings, Plaintiffs' Responses to Defendants' Motion to Dismiss and Plaintiffs' Amended Complaints.  That stipulation allowed Plaintiffs until August 31, 2020 to file amended complaints in cases brought by John Does MC 1 – 17 and 19 – 20.   Honoring the parties' May 21st Stipulation, Defendants filed a Motion to Dismiss Plaintiffs' Amended Complaint on September 30, 2020.

In the meantime, the parties agreed to submit all issues to Robert Riley for facilitation. Specifically, on June 24, 2020 and again on September 3, 2020, the parties filed stipulations authorizing Mr. Riley to engage in facilitative mediation

with respect to all allegations in Plaintiffs' complaints and - presumably – all defenses.

So that the parties and their counsel can devote full attention to facilitative mediation:

1. Defendants must withdraw all motions to dismiss filed on September 30, 2020. Instead, Defendants must re-submit all issues raised in these motions to Robert Riley as part of the mediation process. For purposes of the date by which Plaintiffs' response is due, they must use September 30th as the Defendants' filing date.

2. Plaintiffs must respond to the issues raised in these motions as a mediation submission to Mr. Riley.

3. If any extensions of time are required, this must be addressed with Mr. Riley.

4. All materials submitted to Mr. Riley will enjoy the protections of previous orders entered by the Court and Fed. R. Evid. 408, Compromise Offers and Negotiations.

5. The Court **STAYS** all motion practice unless the parties seek and obtain permission of the Court.

The Defendant must also withdraw the motions to dismiss filed May 1, 2020, pertaining to the original complaints.

**ORDERED.**

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  10/2/2020