**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOHN DOE MC-1,

    Plaintiff,

vs.

THE UNIVERSITY OF MICHIGAN,
ET AL.,

    Defendants.

Case No. 2:20-cv-10568-VAR-EAS

Hon. Victoria A. Roberts

Magistrate Judge Elizabeth A. Stafford

**MASTER CASE FILING**

---

**ORDER ADDING ATTORNEY STEPHEN DREW TO
<u>LEADERSHIP ROLE AS CO-LEAD COUNSEL</u>**

On February 3, 2021, this Court entered the Order Establishing Individual

Plaintiffs' Leadership Roles, ECF No. 136.

The Court makes the following additional appointment to co-Lead Counsel:

Stephen Drew
Drew, Cooper and Anding
Aldrich Place, Suite 200
80 Ottawa Ave. NW
Grand Rapids, MI 49503
Phone: 616-454-8300
Fax: 616-454-0036
sdrew@dca-lawyers.com

Attorney Drew will have the same authority, duties, and responsibilities as the other

co-Lead Counsel as set forth in this Court's Order at ECF No. 136 at Section II.A.

1

Except as modified by this order, the Court's Order at ECF No. 136 entered on

February 3, 2021 remains in effect.

**ORDERED**.

/s/  Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: April 29, 2021