UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE MC-1,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF MICHIGAN, THE REGENTS OF THE UNIVERSITY OF MICHIGAN (official capacity only),<br><br>    Defendants. | Case No. 2:20-cv-10568<br><br>Hon. Victoria A. Roberts<br>Hon. Elizabeth A. Stafford<br><br>**Master Docket** |

## NOTICE OF SERVICE

Pursuant to this Court's June 29, 2021 Order Regarding Unauthorized Disclosure (ECF No. 139), undersigned counsel hereby certifies that today the June 29, 2021 Order was sent to the University of Michigan's Board of Regents, as well as President Mark S. Schlissel, Vice President and Secretary Sally J. Churchill, and Vice President and General Counsel Timothy G. Lynch.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:   June 29, 2021 | /s/ *Stephen J. Cowen* |
| Stephanie E. Parker<br>Jack Williams<br>JONES DAY<br>1420 Peachtree Street, N.E., Suite 800<br>Atlanta, GA 30309<br>P: 404.521.3939<br>F: 404.581.8330<br>separker@jonesday.com<br>jmwilliams@jonesday.com | Stephen J. Cowen (P82688)<br>Amanda K. Rice (P80460)<br>Andrew J. Clopton (P80315)<br>JONES DAY<br>150 W. Jefferson Avenue, Suite 2100<br>Detroit, MI 48226<br>P: 313.733.3939<br>F: 313.230.7997<br>scowen@jonesday.com<br>arice@jonesday.com<br>aclopton@jonesday.com<br><br>*Counsel for Defendants* |

2