# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

John Doe MC-1, et al.
    Plaintiffs,

V

The University of Michigan, et al.
    Defendants.

Case No.: 2:20-cv-10568
MASTER DOCKET

Hon. Victoria A. Roberts

_____

## PROOF OF SERVICE

    Pursuant to the Court's Order Regarding Unauthorized Disclosure of Confidential Settlement Information dated June 29, 2021 (ECF 139), the undersigned hereby certify that on June 29, 2021, and June 30, 2021, a copy of said Order was sent via email to all Plaintiffs/clients represented by the following firms: Grewal Law PLLC; Drew Cooper & Anding; Manly, Stewart & Finaldi; and, Dalton & Associates.

Dated: June 30, 2021      /s/ *Manvir S. Grewal, Sr.*_____
    Manvir S. Grewal, Sr. (P48082)
    Grewal Law PLLC
    Attorney for Plaintiffs
    2290 Science Parkway
    Okemos, MI 48864
    P: 517-393-3000
    Email: mgrewal@4grewal.com

Dated: June 30, 2021      /s/ *Stephen R. Drew (with permission)*
    Stephen R. Drew (P24323)
    Drew Cooper & Anding
    Attorney for Plaintiffs
    80 Ottawa Ave., Suite 200
    Grand Rapids, MI 49503
    P: 616-454-8300
    Email: sdrew@dca-lawyers.com