UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE MC-1,

    Plaintiff,

v.

Case No. 2:20-cv-10568
Hon. Victoria A. Roberts

THE UNIVERSITY OF MICHIGAN,
THE REGENTS OF THE
UNIVERSITY OF MICHIGAN, et. al.,

    Defendants.

---

### STIPULATED ORDER FOR WITHDRAWAL OF ATTORNEY MAXWELL A. CZERNIAWSKI

**IT IS STIPULATED** that the appearance of Maxwell A. Czerniawski, Esq. as an interested party in this matter shall be withdrawn.

Dated: October 21, 2021

*/s/ Maxwell A. Czerniawski*
Maxwell A. Czerniawski (P78541)

### ORDER

Upon stipulation of the parties; the appearance of Attorney Maxwell A. Czerniawski as an interested party in this matter is withdrawn.

IT IS SO ORDERED.

Dated: 10/28/2021

s/ Victoria A. Roberts
Honorable Victoria A. Roberts
United States District Court Judge

4841-1720-1919.1