UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

John Doe MC-1,

Plaintiff,

v.

The University of Michigan, the Regents of the University of Michigan,

Defendants.

Case No. 2:20-cv-10568-VAR-EAS

Hon. Victoria A. Roberts
Magistrate Judge Elizabeth A. Stafford

**Master Case Filing**

**STIPULATED ORDER TO AMEND THE PROTECTIVE ORDER DATED JULY 9, 2020**

On July 9, 2020, a Protective Order (ECF No. 73) was entered. On January 21, 2021, a Stipulated Order to Amend the Protective Order Dated July 9, 2020 (ECF No. 131) was entered amending paragraph 11(l). On July 6, 2021, a Stipulated Order to Amend the Protective Order Dated July 9, 2020 (ECF No. 156) was entered adding subparagraph 11(n) and amending paragraph 29.

With the consent of the parties and the mediator, the parties stipulate to the following:

1. Subparagraph 11(n) is hereby amended to add a new paragraph, immediately below the amendment to the Protective Order provided by ECF No. 156, stating the following:

Any vendor, consultant, investigator, expert (collectively,

"Expert") retained by insurer and/or its counsel or Expert's staff, who is assisting with the Insurers' review of the claims for insurance coverage for this case and any participation in the defense and/or resolution of underlying claims against the University, may be provided Confidential Information provided that the Expert agrees to be bound by the Protective Order and its Amendments and signs a copy of the Confidentiality Acknowledgement attached as Exhibit B.

2. All other provisions of the Protective Order dated July 9, 2020 and its Amendments, shall remain unchanged.

s/Victoria A.Roberts

Dated: November 30, 2021

Hon. Victoria A. Roberts
United States District Judge

Stipulated to by:

*/s/ Michael A. Cox (by consent 10-20-21)*
Michael A. Cox (P43039)
THE MIKE COX LAW FIRM, PLLC
17430 Laurel Park Drive North Suite 120E
Livonia, MI 48152
P: (734) 591-4002
F: (734) 591-4006
mc@mikecoxlaw.com

David J. Shea (P41399) SHEA LAW FIRM PLLC
26100 American Drive 2nd Floor
Southfield, MI 48034
P: (248) 354-0224
david.shea@sadplaw.com

*Counsel for John Doe MC Plaintiffs*

*/s/ Stephen J. Cowen (by consent 10-20-21)*
Stephen J. Cowen (P82688)
JONES DAY
150 W. Jefferson Ave Suite 2100
Detroit, MI 48226-4438
P: (313) 733-3939
F: (313) 230-7997
scowen@jonesday.com

*Counsel for Defendants*

*/s/ Annika K. Martin (by consent 10-22-21)*
E. Powell Miller (P39487) THE
MILLER LAW FIRM, PC 950
West University, Suite 300
Rochester, MI 48306
P: (248) 841-2200
epm@millerlawpc.com

Annika K. Martin
LIEFF, CABRASER, HEIMANN &
BERNSTEIN LLP
250 Hudson Street
8th Floor
New York, NY 10013
P: (212) 355-9500
akmartin@lchb.com

Joseph Sauder
SAUDER SCHELKOPF LLC
1109 Lancaster Avenue
Berwyn, PA 19312
P: (888) 711-9975

*Counsel for Plaintiff John Doe and Putative Class*

*/s/ Todd F. Flood (by consent 10-25-21)*
Todd F. Flood (P58555)
FLOOD LAW PLLC
155 W Congress Street
Suite 603
Detroit, MI 48226
P: (248) 547-1032
F: (248) 547-0140
tflood@floodlaw.com

*Counsel for John Doe TF Plaintiffs*

*Richard W. Schulte (by consent 10-21-21)*
Richard W. Schulte (OH #0066030)
WRIGHT & SCHULTE, LLC
854 S. Dixie Drive
Vandalia, OH 45377
P: (937) 435-7500
F: (937) 435-7511
rschulte@yourlegalhelp.com

Warren N. Sams, III (GA#624440)
THE SAMS LAW FIRM
1000 Parkwood Circle, SE
Suite 220
Atlanta, GA 30339
P: (404) 420-0291
wsams@samslaw.net

*Counsel for Plaintiffs Christian, Robinson, Cooper and John Doe RS Plaintiffs*

*/s/ Manvir S. Grewal, Sr. (by consent 10-25-21)*

Manvir S. Grewal Sr. (P48082)
GREWAL LAW PLLC
2290 Science Parkway
Okemos, MI 48864
P: (517) 393-3000
mgrewal@4grewal.com

*Counsel for Plaintiff Connelley and John Doe GL Plaintiffs*

*/s/ H. James White (by consent 10-26-21)*

H. James White (P56946)
WHITE LAW PLLC
2549 Jolly Road, Suite 340
Okemos, MI 48864
P: (517) 316-1195
F: (517) 316-1197
jameswhite@whitelawpllc.com

*/s/ Stephen J. Estey (by consent 10-25-21)*

Stephen J. Estey
ESTEY & BOMBERGER LLP
2869 India Street
San Diego, CA 92103
P: (619) 295-0035
steve@estey-bomberger.com

Michelle Simpson Tuegel
SIMPSON TUEGEL LAW FIRM
3301 Elm Street
Dallas, TX 75226
P: (214) 774-9121
michelle@stfirm.com

*Counsel for Plaintiffs Barahal, Black, Herndon, Phipps and Wheeler, John Doe WL Plaintiffs and John Doe EB Plaintiffs*

*/s/ Parker G. Stinar (by consent 10-25-21)*
Parker G. Stinar (P75252)
WAHLBERG, WOODRUFF, NIMMO & SLOAN, LLP
4601 DTC Boulevard, Suite 950
Denver, CO 80237
P: (303) 571-5302
parker@denvertriallawyers.com

*Counsel for Plaintiff DeLuca*